

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00781-CV

**IN RE** Travis Price **DORSETT**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On August 21, 2023, relator Travis Price Dorsett filed a petition for writ of mandamus. After considering the petition and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI23869, styled *In the Matter of the Marriage of Laura Elizabeth Dorsett and Travis Price Dorsett and In the Interest of L.E.D., a Minor Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.